Almon Nelson Gray, Respondent, v. John W. Weber and Charles L. Wanke, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Almon Nelson Gray, Respondent, v. Charles L. Wanke, Appellant.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Alexander B. Greenburg, Respondent, v. Barnett Goldstein, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

David Greenfeld, Appellant, v. Rickert-Finlay Realty Company and Broadway-Flushing Development Company, Respondents.— It is for the plaintiff to try his case and not attempt to have it determined on conflicting affidavits. Order affirmed, with ten dollars costs and disbursements. Woodward, Jenks, Gaynor, Rich and Miller JJ., concurred.

Delia Griffin and James Francis Griffin, Respondents, v. American Telephone and Telegraph Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

William Grimm, Respondent, v. Demuth Glass Manufacturing Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Yurgis Grinis, Respondent, v. National Sugar Refining Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Alanson Hallock, Respondent, v. Charles F. Bedell, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

David M. Hamburg, Appellant, v. People's Surety Company of New York, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Albert Herzog, Respondent, v. Samuel Cohen and John Frank, Copartners, etc., Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Mary Higgins, as Successor, etc., of John Higgins, Deceased, Appellant, v. Sarah C. Powell and Others, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Robert Holmes, Jr., Appellant, v. Paul Cohen, as Treasurer, etc., Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Joseph E. Hunt, Respondent, v. James M. Hanley, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Harris Hurewitz, Respondent, v. Harris Smulowitz, Appellant.— Judgment and order affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

In the Matter of the Accounting of Albert Bodine, Administrator, etc., of Mary A. Bodine, Deceased. Lillian G. Bodine, as Administratrix, etc., of Albert